IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.116.108.250

**ISP:** Comcast Cable
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/21/2016 00:25:50 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 06/30/2016 09:40:01 | 009DC4837E59C4E6CB8E35796FEB2B232A7F69DC | Triple Blonde Fantasy |
| 04/19/2016 18:39:29 | DF7BECA848BF6DB498ECAA1479B9D3B31E99B891 | Nina Needs It Now |
| 04/19/2016 18:14:40 | 8D4D8B538624452CE7DFBDBE7056EDCAEBD121B1 | Threesome With a View |
| 04/07/2016 20:31:36 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 02/17/2016 04:41:02 | DA36B4456A0D7A9A6184C4402E8BF3FF00A867CD | Luckiest Man Alive |
| 12/04/2015 19:39:42 | 9C8EA11819CC6BD68B366DB13E96EEB8E7F9C144 | Domination Part Two |
| 09/18/2015 14:35:11 | BB247A3A8108226C2B1D9140F3832DB150BE36DC | Make Love To Me |
| 08/03/2015 19:41:30 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 07/03/2015 08:50:15 | 1F5F105B48BBC8D29FF70914DAB6BCFE389002FF | Bound By Desire |
| 06/27/2015 00:36:52 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 06/20/2015 20:23:26 | B8C16DD2315E2B3A85735FAFBD6038159BA6D413 | Seize The Moment |
| 06/03/2015 15:35:34 | 3728B2E9FA6A0B8729EB841621C7039A3B1EF353 | Retro Romp |
| 04/02/2015 04:56:10 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CNJ638