Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.116.108.250,<br><br>          Defendant. | Case No. 2:17-cv-01319-KM-JBC |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until August 14, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 15th day of June, 2017

By: ~~UNITED STATES DISTRICT JUDGE~~
Hon. James B. Clark, III, USMJ

[This order terminates Dkt. No. 6]