UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 76.116.108.250,

        Defendant.

Civil Action No. 2:17-cv-01319-KM-JBC

## ORDER GRANTING PLAINTIFFS FOURTH MOTION TO EXTEND THE DEADLINE WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Fourth Motion For Extension Of Time Within Which It Has To Serve John Doe Defendant (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have up to and including November 7, 2017 to serve John Doe defendant with a summons and complaint.

**DONE AND ORDERED** this 20th day of October, 2017.

By: _____
HON. KEVIN McNULTY
**UNITED STATES DISTRICT JUDGE**