# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ALAN RAMPERSAD,<br><br>                Defendant. | Civil Action No.2:17-cv-01319-KM-JBC |

## ORDER GRANTING PLAINTIFFS FIFTH MOTION TO EXTEND THE DEADLINE WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Fourth Motion For Extension Of Time Within Which It Has To Serve Defendant (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have up to and including December 7, 2017 to serve Defendant with a summons and Amended Complaint.

**DONE AND ORDERED** this ___ day of _____, 2017.

By: _____

**UNITED STATES DISTRICT JUDGE**