## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/13/2017 at 5:05 PM |
| NAME OF SERVER (PRINT) ANABELA PINTO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DOCUMENTS WERE SERVED ON ALAN RAMPERSAD AT HIS EMPLOYER ADDRESS - O'HARA'S DOWNTOWN, 172 1st STREET-Apt. B, JERSEY CITY, NJ 07302 - BY DELIVERING A TRUE COPY OF THE SAME TO GEO DOE(refused to provide full name), MANAGER THEREOF.
Recipient is described as an HISPANIC MALE, AGE 30'S, BLACK HAIR, 140 LBS, 5'6"

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/16/2017
                    Date                    Signature of Server

_____
Address of Server

DOCUMETS TO BE SERVED:
1) SUMMONS
2) AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
3) EXHIBITS

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102