# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. <br> pjcerillolaw@comcast.net <br> *Qualified Family Mediator per R. 1:40 | 4 WALTER FORAN BLVD <br> SUITE 402 <br> FLEMINGTON, NJ 08822 <br> VOICE: (908) 284-0997 <br> FAX: (908) 284-0915 | BASKING RIDGE OFFICE <br> 88 SOUTH FINLEY AVENUE <br> BASKING RIDGE, NJ 07920 <br> <br> **REPLY TO:** <br> FLEMINGTON OFFICE |

February 1, 2018

**VIA ELECTRONIC FILING**
The Honorable James Clark, Magistrate Judge
Courtroom PO 01
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Civil Action No. 17-1319
Re: Malibu Media, LLC v. John Doe subscriber assigned IP address 76.116.108.250

Dear Judge Clark:

    We are in receipt of the notice for and initial conference on the above referenced case for February 23, 2018 at 10:00AM at your courtroom. Please be advised that I have an FD matter being heard at 9:00AM in Camden entitled Melissa Melendez v. Gregory S. Hiltner, Superior Court of New Jersey, Chancery Division-Family Part, Docket No: FD-04-001291-17. Therefore, with consent of my adversary we are requesting that this matter be re-scheduled. Both counsel are available on February 22, 2018 if that works for the Court.

    My office has spoken with my adversary and she has indicated that she consents to the adjournment of this status conference. We will await your instructions.

Very truly yours,

/s/ Patrick J. Cerillo
Patrick J. Cerillo

PJC: cpf
cc: Malibu Media, LLC
    Leslie Ann Farber, Esq.

* The initial conference is adjourned to March 26, 2018 at 11:30 AM

SO ORDERED
/s/ James B. Clark
James B. Clark, U.S.M.J.

date: 2/5/2018

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.