# LESLIE A. FARBER, LLC
### ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500  x 213
973.860.1174 (fax)
————
E-mail:  LFarber@LFarberLaw.com
Web page:  www.LFarberLaw.com

March 26, 2018

*CORRECTED*

Hon. Kevin McNulty, U.S.D.J.
United States District Court
402 East State Street
Trenton, NJ 08608

      Re:    **Malibu Media, LLC, v. Alan Rampersad**
              **Civil action no. 2:17-cv-01319 (KM-JBC)**
              **Scheduling conference:  March 26, 2018, @ 11:30 a.m.**
              **Chapter 7 Bankruptcy case no. 18-15812**

Dear Judge McNulty:

I represent the defendant in the above captioned case.  Please be advised the defendant filed a Chapter 7 Petition in U.S. Bankruptcy Court for the District of New Jersey, case no. 18-15812, on March 26, 2018, which necessarily triggers the automatic stay in bankruptcy of all litigation. It is my understanding that the plaintiff in this case is listed in the petition as a creditor, along with reference to the case number of the instant litigation before this Court.  Mr. Rampersad's bankruptcy attorney is Russell L. Low, Esq., Phone: (201) 343-4040, email: rbear611@aol.com

Very truly yours,

Leslie A. Farber

LAF:beg

cc:     James B. Clark, III, U.S.M.J. *(via fax: 973-645-3020)*
        Patrick J. Cerillo, Esq. *(via email and ECF: pjcerillolaw@comcast.net)*