UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC

Plaintiff,

v.

ALAN RAMPERSAD

Defendant.

Civil Action No. 17-1319 (KM)

**ORDER OF ADMINISTRATIVE TERMINATION**

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 5th day of April, 2018,

ORDERED that the Clerk administratively terminate the action in its records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

KEVIN MCNULTY
U.S. District Judge